

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00163-CR

## EX PARTE JUAN CARLOS MOREJON

**From the 77th District Court
Limestone County, Texas
Trial Court No. 1085-A**

## O R D E R

Appellant's brief was originally due on August 25, 2014. When no brief was filed, this appeal was abated to the trial court on September 4, 2014 to conduct any necessary hearings within 21 days of the date of the Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

After the appeal was abated, appellant filed a motion for extension of time to file his brief. Once abated, this Court had no jurisdiction to act on appellant's motion for extension of time. However, having been informed of appellant's filing of a motion for extension of time, the trial court determined no hearing on appellant's failure to file a brief was necessary.

Accordingly, this appeal is reinstated. Appellant's motion for extension of time to file his brief is granted in part. Appellant's brief is due 20 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal reinstated
Motion granted in part
Order issued and filed October 2, 2014

